IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NORA LILY DWECK | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MEREDITH E. PERRY | : | NO. 11-7057 |

<u>ORDER</u>

AND NOW, this 26th day of July, 2012, upon consideration of the defendant's Motion to Transfer Venue (Docket No. 8), the plaintiff's opposition thereto, and for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that the motion is DENIED.

BY THE COURT:

<u>/s/ Mary A. McLaughlin</u>
MARY A. McLAUGHLIN, J.