

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA



NORA LILY DWECK,

*Plaintiff,*

v.

MEREDITH E. PERRY,

*Defendant.*

No. 2:11-cv-07057-MAM

**FILED**
DEC 20 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER DISMISSING WITH PREJUDICE ALL CLAIMS AGAINST DEFENDANT AND COUNTERCLAIMS AGAINST PLAINTIFF

The Court, having considered the parties' Stipulation of Dismissal With Prejudice,

IT IS ORDERED that all of the Plaintiff's claims against Defendant Meredith E. Perry and Defendant's counterclaims against Plaintiff Nora Lily Dweck are dismissed with prejudice, with each party to bear its own costs, attorneys' fees and other expenses of litigation.

_____
UNITED STATES DISTRICT COURT JUDGE

12/20/12

**ENTERED**

DEC 2 0 2012

CLERK OF COURT